UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO: 05-CV-10637-GAO

**IN THE MATTER OF THE PETITION
OF KAVANAGH FISHERIES, INC.,
OWNER OF THE F/V ATLANTIC
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY**

<u>**NOTICE OF APPEARANCE**</u>

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for **BERRYFORD SHIPPING (UK) LIMITED,** in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

<u>**"/s/Thomas J. Muzyka"**</u>
**Thomas J. Muzyka**
**BBO NO. 365540**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated: April 22, 2005