**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION**
**NO: 05-CV-10637-GAO**

**IN THE MATTER OF THE PETITION**
**OF KAVANAGH FISHERIES, INC.,**
**OWNER OF THE F/V ATLANTIC**
**FOR EXONERATION FROM OR**
**LIMITATION OF LIABILITY**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for **LOMBARD CORPORATE FINANCE (DECEMBER 3) LIMITED,** in the above-entitled action.

By its attorneys,

**CLINTON & MUZYKA, P.C.**

**"/s/Thomas J. Muzyka"**
**Thomas J. Muzyka**
**BBO NO. 365540**
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:  April 22, 2005