UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE PETITION
OF KAVANAGH FISHERIES, INC.
OWNER OF THE F/V ATLANTIC          Civil Action No. 05-cv-10637-GAO
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as counsel for claimants Zim American Integrated Shipping Services Ltd; Zim Israeli Integrated Shipping Services Ltd; Zim American Israeli Shipping Company Inc.; and Zim Israel Navigation Company Ltd.

RESPECTFULLY SUBMITTED May 10, 2005.

De ORCHIS & PARTNERS, LLP
Attorneys for Claimants

*/s/ David J. Farrell, Jr.*
David J. Farrell, Jr.
BBO #559847
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121

Certificate of Service
I certify I served this notice on
Attys Regan and Muzyka by e-mail
on May 10, 2005.

*/s/ David J. Farrell, Jr.*
    David J. Farrell, Jr.