UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE PETITION )
OF KAVANAGH FISHERIES, INC., )
OWNER OF THE F/V ATLANTIC ) **CIVIL ACTION NO. 05-10637-GAO**
FOR EXONERATION FROM OR )
LIMITATION OF LIABILITY )

## APPRAISER'S REPORT

I, David C. Dubois, being the individual identified in the foregoing Order Appointing

Appraiser, having attended to the duties assigned to me, and after a strict examination and careful

inquiry, I do estimate and appraise the said **F/V ATLANTIC** and her pending freight at a fair

market value of $1,000,000.00 (one million dollars).

Signed under the pains and penalties of perjury this 24th day of May, 2005.

David C. Dubois
Marine Safety Consultants, Inc.
26 Water Street
Fairhaven, MA 02719