UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10637-GAO

IN THE MATTER OF THE PETITION OF KAVANAUGH FISHERIES, INC.,
OWNER OF THE F/V ATLANTIC

ORDER
May 25, 2005

O'TOOLE, D.J.

In accordance with the rulings stated on the record at a hearing held on May 25, 2005, the Court orders as follows:

The petitioner's motion to compel (No. 10) is GRANTED. Upon the petitioner's filing of a surety bond in the amount of $2,200,000, in substitution for the April 29, 2005 Letter of Undertaking issued by Zurich American Insurance Company to Lombard Corporate Finance (December 3) Limited and Berryford Shipping (UK) Limited (collectively, the Claimants), said Letter of Undertaking shall become void and unenforceable. Further, the Claimants are enjoined from obstructing or interfering with the achievement of the objectives of this and my prior order concerning the filing of a surety bond.

It is SO ORDERED.

May 25, 2005                                    \s\ George A. O'Toole, Jr.
DATE                                            DISTRICT JUDGE