UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10637-GAO

IN THE MATTER OF THE PETITION OF
KAVANAUGH FISHERIES, INC., OWNER OF THE F/V ATLANTIC,
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE OF PETITION FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Kavanagh Fisheries, Inc., owner of the F/V Atlantic, has filed a complaint, pursuant to Sections 4283 through 4289 inclusive of the Revised Statutes of the United States, 46 U.S.C. app. § 183 et seq., claiming the right to exoneration from and/or limitation of liability for all claims and for any loss, damage, injury or destruction caused by or resulting from the collision involving the F/V Atlantic during its voyage which commenced on March 13, 2005 at Cape May, New Jersey and which terminated upon the collision which occurred on March 17, 2005, as described in the complaint.

All persons having such claims must file them, under oath, as provided by Rules F(4) and (5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court at the United States District Court, One Courthouse Way, Suite 2300, Boston, Massachusetts 02210, and serve a copy thereof on the plaintiff's attorneys, Regan & Kiely LLP, 85 Devonshire Street, Boston, Massachusetts 02109, on or before August 31, 2005, or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for the plaintiff an answer to the complaint on or before the aforesaid date unless the claim has included an answer, so designated, or be defaulted.

                                                SARAH A. THORNTON
                                                CLERK OF COURT

May 27, 2005                                  \s\ Eugenia Edge
DATE                                                  DEPUTY CLERK