UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION )<br>OF KAVANAGH FISHERIES, INC., )<br>OWNER OF THE F/V ATLANTIC )<br>FOR EXONERATION FROM OR )<br>LIMITATION OF LIABILITY ) | **CIVIL ACTION NO. 05-10637-GAO** |

### MOTION FOR ENTRY OF DEFAULT PURSUANT TO RULE F(5) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS

The Petitioner in the above-captioned matter, Kavanagh Fisheries, Inc., respectfully moves that the Court make an entry of default against all persons who have failed to file and present claims pursuant to Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims and the Court's Order of May 27, 2005. The Petitioner has complied with the publications requirements contained in Rule F(4) and the deadline for claims to be filed expired on August 31, 2005.

Wherefore, the Petitioner prays that its motion be allowed and that this Honorable Court issue a default in accordance with Rule F(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Date:   September 22, 2005

For the Petitioner,
Kavanagh Fisheries, Inc.,
By their attorneys:

**REGAN & KIELY LLP**

/s/ Syd A. Saloman
Syd A. Saloman (BBO #645267)
85 Devonshire Street
Boston, MA 02109
(617)723-0901
sas@regankiely.com