UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE PETITION
OF KAVANAGH FISHERIES, INC.,
OWNER OF THE F/V ATLANTIC
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY                    CIVIL ACTION NO.  05-10637-GA0

**DEFAULT JUDGMENT IN A CIVIL CASE**

 O'TOOLE      , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

1.) That claims were asserted in a timely manner on behalf of the following entities:
    Zim Integrated Shipping Services, Ltd.  Zim American Integrated Services, Inc.
    Lombard Corporation Finance ( December 3) Limited; Berryford Shipping(UK) Ltd.
2.) That an Order of Default is hereby entered against all persons, corporations or entities not identified in paragraph 1, above, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims.
3.) That no further claims may be asserted against the Petitioner in connection with the foregoing Petition for Exoneration from or Limitation of Liability of Kavanagh Fisheries, Inc., owners of the F/V ATLANTIC

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated:  11/4/05                               By   Paul Lyness

                                                                   Deputy Clerk

NOTE:  The post judgment interest rate effective this date is _____%.

(JudgementCivil.wpd - 3/7/2005)