UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION )<br>OF KAVANAGH FISHERIES, INC., )<br>OWNER OF THE F/V ATLANTIC )<br>FOR EXONERATION FROM OR )<br>LIMITATION OF LIABILITY ) | **CIVIL ACTION NO. 05-10637-GAO** |

## NOTICE OF WITHDRAWAL OF SYD A. SALOMAN, ESQ.

Kindly withdraw the appearance of Syd A. Saloman as attorney for Kavanagh Fisheries, Inc. Please note that Joseph A. Regan and Regan & Kiely, LLP shall remain the attorney of record for the Defendant.

                                                  For the defendants,
                                                  F/V ATLANTIC and
                                                  KAVANAGH FISHERIES, INC.,

                                                  **REGAN & KIELY LLP**

Date: May 5, 2006                               /s/ Syd A. Saloman
                                                  Joseph A. Regan (BBO #543504)
                                                  Syd A. Saloman (BBO #645267)
                                                  85 Devonshire Street
                                                  Boston, MA 02109
                                                  (617) 723-0901
                                                  sas@regankiely.com