UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE PETITION
OF KAVANAGH FISHERIES, INC.
OWNER OF THE F/V ATLANTIC           Civil Action No. 05-cv-10637-GAO
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY

**ZIM'S LR 16.1 CERTIFICATION**

Attached is the Zim claimants' and counsel's signed certification.

RESPECTFULLY SUBMITTED this 16th day of May 2006.

        DeORCHIS & PARTNERS, LLP
           Attorneys for
        Zim Integrated Shipping Services Ltd.
        Zim American Integrated Services, Inc.


        <u>*/s/ David J. Farrell, Jr.*</u>
        David J. Farrell, Jr.
        BBO # 559847
        2355 Main Street
        P.O. Box 186
        S. Chatham, MA  02659
        (508) 432-2121

ZIM CLAIMANTS' LR 16.1 CERTIFICATION

    Claimants Zim Integrated Shipping Services Ltd. and Zim American Integrated Services, Inc., by and through their undersigned authorized representative and counsel of record, affirm that we have conferred

    (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

    */s/ Brian S. Jones*
    Brian S. Jones
    V.P. Claims & Insurance
    for
    Zim Integrated Shipping Services Ltd.
    Zim American Integrated Services, Inc.


    */s/ David J. Farrell, Jr.*
    David J. Farrell, Jr.
    BBO # 559847