UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION OF KAVANAUGH FISHERIES, INC., OWNER OF THE F/V ATLANTIC, FOR EXONERATION FROM OR LIMITATION OF LIABILTY. | CIVIL ACTION NO: 05-10637-GAO |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

**LOMBARD CORPORATE FINANCE (DECEMBER 3) LIMITED**

and

| **BERRYFORD SHIPPING (UK) LIMITED** | **CLINTON & MUZYKA, P.C.** |
|---|---|
| "/s/ Simon Chapman"_____ | "/s/ Thomas J. Muzyka"_ |
| Simon Chapman | Thomas J. Muzyka |
| A. Bilborough & Co. Ltd. | BBO NO: 365540 |
| 50 Leman Street | One Washington Mall |
| LONDON E1 8HQ | Suite 1400 |
| 011-44-20-7772-8000 | Boston, MA 02108 |
| | (617) 723-9165 |

Dated:    May 16, 2006