**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

IN THE MATTER OF THE PETITION       CIVIL ACTION
OF KAVANAGH FISHERIES, INC.,       NO: 05-10637-GAO
OWNER OF THE F/V ATLANTIC, FOR
EXONERATION FROM OR LIMITATION
OF LIABILTY.

**LOMBARD CORPORATION FINANCE (DECEMBER 3) LIMITED's**
**and BERRYFORD SHIPPING (UK) LIMITED's REPORT OF CARGO**
**CLAIMS**

Now come the Claimants, Lombard Corporation Finance
(December 3) Limited and Berryford Shipping (UK) Limited,
in the above-entitled action, by and through their
undersigned counsel, Clinton & Muzyka, P.C., and report to
the Court that the cargo claims presently in litigation
and settled amount to $80,000.00 without interest or
costs.

Respectfully submitted,
By their attorneys,

**CLINTON & MUZYKA, P.C.**

"/s/ Thomas J. Muzyka"
**Thomas J. Muzyka**
**BBO NO: 365540**
**Kenneth M. Chiarello**
**BBO NO. 639274**
One Washington Mall
Suite 1400
Boston, MA  02108
(617) 723-9165

Dated:  July 3, 2006