UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION<br>OF KAVANAGH FISHERIES, INC.<br>OWNER OF THE F/V ATLANTIC, FOR<br>EXONERATION FROM OR LIMITATION<br>OF LIABILITY | CIVIL ACTION<br>NO. 05-10637-GAO |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for Krones, Inc. in the above-captioned matter.

|  |  |
|---|---|
|  | /s /Robert W. Harrington<br>Robert W. Harrington, BBO# 223080<br>Law Offices of Robert W. Harrington<br>One Washington Mall<br>Boston, Massachusetts 02108 |
| Dated: November 17, 2006 | (617) 248-0800 |