UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION<br>OF KAVANAGH FISHERIES, INC.<br>OWNER OF THE F/V ATLANTIC, FOR<br>EXONERATION FROM OR LIMITATION<br>OF LIABILITY | CIVIL ACTION<br>NO. 05-10637-GAO |

## **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

The undersigned, counsel for Krones, Inc. in this matter, hereby certifies he conferred with all counsel of record in this matter in a good faith effort to resolve the issues raised by the Provisional Motion of Krones, Inc. To File Claim Late.

I therefore certify my compliance with Local Rule 7.1.

/s /Robert W. Harrington
Robert W. Harrington, BBO# 223080
Law Offices of Robert W. Harrington
One Washington Mall
Boston, MA 02108
(617) 248-0800

Dated: December 1, 2006