UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION ) <br> OF KAVANAGH FISHERIES, INC., ) <br> OWNER OF THE F/V ATLANTIC ) <br> FOR EXONERATION FROM OR ) <br> LIMITATION OF LIABILITY ) | CIVIL ACTION NO. 05-10637-GAO |

**PETITIONER, KAVANAGH FISHERIES, INC.'S OPPOSITION TO THE
PROVISIONAL MOTION OF KRONES, INC. FOR LEAVE TO FILE A CLAIM LATE**

The petitioner, Kavanagh Fisheries, Inc. (hereinafter the "petitioner" or "Kavanagh Fisheries"), by its attorneys, submit its Opposition to the Provisional Motion of Krones, Inc. for Leave to File a Claim Late. As grounds in support of such Opposition, the petitioner submits the following:

**FACTS**

The simple fact of the matter is that Krones' claim is over one year past the deadline imposed by the court not merely for the filing of claims (August 31, 2005) but also over one year from the court's Order of Default entered November 4, 2005. It wasn't until December 1, 2006 that Krones filed the instant motion.

On May 27, 2005, the court issued a Notice of Petition, directing petitioner to publish said notice in accordance with the Limitation of Liability Act, 46 U.S.C. App. §§ 183, et seq., and Rules F(4) and (5) of the Supplemental Rules for Certain Admiralty and Maritime Claims. The petitioner gave certified notice to the known claimants, i.e., the Zim entities and Lombard/Berryford on June 13, 2005 and June 14, 2005. The petitioner also published the Notice of Petition in the *New Bedford Standard Times* for four consecutive weeks as required by the rules beginning June 2, 2005. See Exhibit A, attached hereto.

The deadline for filing any claims was August 31, 2005. On September 22, 2005, the

-2-

petitioner moved for the entry of a default and the court did, indeed, enter an Order of Default dated November 4, 2005. The court's order entered a default against all persons other than Zim and Lombard/Berryford. The court order also indicated that no further claims may be asserted against the Petitioner, which is exactly what Krones now seeks.

Because of the court's existing order, any claim by Krones is time barred and its motion should be denied.

## **LEGAL REASONING AND ARGUMENT**

As stated above, on or about December 1, 2006, Krones, Inc. moved for leave from this Court to file a claim late in the amount of $155,719.00. As cited by Krones, Inc in its Provisional Motion for Leave, Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims provides the framework for limitation of liability in instances such as this. Specifically, Rule F(5) provides that "[c]laims shall be filed and served on or before the date specified in the notice provided for in subdivision (4) [Notice to Claimants] of this rule." Contrary to the assertion made by Krones, Inc. in its interpretation of Rule F(4), Rule F(5), by its very language clearly does not provide for the late filing of claims as it states that these claims "shall be filed and served."

Furthermore, Rule F(4) states that only "[f]or cause shown, the court may enlarge the time within which claims may be filed." Additionally, Rule F(4) also includes a restriction that the date for filing claims in the notice "shall not be less than 30 days after the issuance of the notice." The requirement under Rule F(4) that cause be shown does not in any way modify the requirements of Rule F(5) clearing providing that "[c]laims shall be filed and served on or before the date specified in the notice provided for in subdivision (4)."

In Krones, Inc.'s Provisional Motion for Leave, it states that if a claimant shows cause,

-3-

courts must grant permission to file late claims so long as the limitation proceeding is ongoing and the late claim will not prejudice other parties.  In stating such, Krones, Inc. cites the case of American Commercial Lines, Inc. v. United States, in which decision the U.S. Court of Appeals for the Eighth Circuit ruled to affirm the District Court's finding that a late claim not be allowed because after weighing the dueling considerations of "cause" and of "prejudice," it was decided that those parties opposing the late filing would have been prejudiced had the late claim been filed.  American Commercial Lines, Inc. v. United States, 746 F.2d 1351, 1353-54 (1984).

Additionally, Krones, Inc. cites to the Alter Barge Line, Inc. v. Consolidated Grain & Barge Co. case decided by the U.S. Court of Appeals for the Seventh Circuit in which the Court candidly states that they "limit [their] holding to the facts of this case" in ruling that "late claimants in admiralty proceedings need not show 'good cause.'"  Alter Barge Line, Inc. v. Consolidated Grain & Barge Co., 272 F.3d 396, 397-98 (7th Cir. 2001).  As such, the Alter Barge Court acknowledges that its ruling is appropriate only in the facts of the Alter Barge case and clearly did not intend for its reasoning to be used in future cases. Id.  Assuming even that the Alter Barge reasoning applies to the facts-at-bar, Krones, Inc. is still obligated to provide "an explanation . . . for the delay" and do not escape any and all requirements to explain such a delay. Id.  Furthermore, Krones, Inc. must still adhere to the guidelines set forth on filing and serving claims, as provided in Rule F(5) of  the Supplemental Rules for Certain Admiralty and Maritime Claims

## CONCLUSION

WHEREFORE, for the reasons stated above, the petitioner, Kavanagh Fisheries, Inc. hereby requests that this Court deny the Provisional Motion of Krones, Inc. for Leave to File a Claim Late.

-4-

        For the Petitioner,
        Kavanagh Fisheries, Inc.,
        By its attorneys,

        **REGAN & KIELY LLP**


        /s/ Joseph A. Regan
        Joseph A. Regan, Esquire (BBO #543504)
        88 Black Falcon Avenue, Suite 330
        Boston, MA  02210
        (617)723-0901
        jar@regankiely.com

Dated:  December 15, 2006

**REGAN & KIELY LLP**
85 DEVONSHIRE STREET
BOSTON, MA 02109
(Telephone (617) 723-0901)
(Facsimile No. (617) 723-0977)

**FACSIMILE TRANSMISSION SHEET**

DATE:            June 2, 2005

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

NAME:            Legal Advertising
COMPANY:         The Standard-Times Classified
TELECOPIER:      (508)979-4495

---

FROM:            Syd A. Saloman, Esquire
COMPANY:         Regan & Kiely LLP
FILE NO.:        M1558

---

We are transmitting 4 page(s) including this cover letter. If transmission is not complete, please call (617) 723-0901.

REGAN & KIELY LLP

ATTORNEYS AT LAW

85 DEVONSHIRE STREET

BOSTON, MASSACHUSETTS 02109

JOSEPH A. REGAN
ROBERT E. KIELY
SYD A. SALOMAN

CHRISTOPHER S. HAYES (1965-1995)

TELEPHONE (617) 723-0901
FAX (617) 723-0977

**VIA FACSIMILE** (508)979-4495

June 2, 2005

The Standard-Times Classified
25 Elm Street
New Bedford, MA 02740

Attention:   Legal Advertising

Dear Sir/Madam:

    Attached please find a legal notice to be published in your newspaper under the Legal Advertising section. We are required to publish this notice once per week for four consecutive weeks. It does not matter what day the notice is published, but it must be published on the same day for the four consecutive weeks.

    You may send a bill for your services to the above address. Thank you for your assistance and feel free to contact me should you have any questions.

Very truly yours,

**REGAN & KIELY LLP**

Syd A. Saloman

SAS/cb

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10637-GAO

IN THE MATTER OF THE PETITION OF
KAVANAUGH FISHERIES, INC., OWNER OF THE F/V ATLANTIC,
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE OF PETITION FOR EXONERATION
FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Kavanagh Fisheries, Inc., owner of the F/V Atlantic, has filed a complaint, pursuant to Sections 4283 through 4289 inclusive of the Revised Statutes of the United States, 46 U.S.C. app. § 183 et seq., claiming the right to exoneration from and/or limitation of liability for all claims and for any loss, damage, injury or destruction caused by or resulting from the collision involving the F/V Atlantic during its voyage which commenced on March 13, 2005 at Cape May, New Jersey and which terminated upon the collision which occurred on March 17, 2005, as described in the complaint.

All persons having such claims must file them, under oath, as provided by Rules F(4) and (5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court at the United States District Court, One Courthouse Way, Suite 2300, Boston, Massachusetts 02210, and serve a copy thereof on the plaintiff's attorneys, Regan & Kiely LLP, 85 Devonshire Street, Boston, Massachusetts 02109, on or before August 31, 2005, or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for the plaintiff an answer to the complaint on or before the aforesaid date unless the claim has included an answer, so designated, or be defaulted.

                                                               SARAH A. THORNTON
                                                               CLERK OF COURT

May 27, 2005                                      \s\ Eugenia Edge
DATE                                                     DEPUTY CLERK

Page C6 / The Standard-Times, New Bedford, MA, Tuesday, June 7, 2005

# New Today!
## Classified Ads appearing for the 1st Time

**Thank you St. Jude** for answering my prayers. Publication promised. C.S.

CD case found on Rte. 18 call to describe contents and color. Ask for August 508-993-0704

**Found:** Kitten, 4-5 mos. old. at Fort Taber. Call to identify. 508-997-1927.

**Found:** Miniature Pinscher, Black & Brown, wearing Brown collar, on Cedar St. in NB. Call (774)202-3064.

**Very attractive Male** seeking very slim feminine Mate 18-30 yrs. I'm 5'11", 148 lbs. 1-386-852-6197.

**CLEANER** For new home in Westport once weekly. Call weekdays. No smoking. 508-636-6101

**Class A Drivers** Full or part-time (508)946-9272

Experienced drywall papers & painters. Competitive wages. Year round work. Commercial, industrial, some residential. Transportation a must. (508)695-7718

Just as sure as flowers will bloom, Classified Ads will bring results.

---

### Friendly's
Seeking to fill entry level and upper management positions- Restaurant experience a must. Competitive salary ranges, full benefits available. Positions available in Dartmouth, Wareham & Middleboro areas.
Fax resumes to: 774-849-5097
email: robert.arruda@friendlys.com

**Housekeeper** Part Time Fridays 4pm-8am Saturday 4pm to Monday@8am. The Standard-Times PO Box 2268 25 Elm Street New Bedford, MA 02740

### INSURANCE
East Wareham agency seeks Personal Lines CSR with experience. Part time considered. Salary, health and pension plan.
Send resume to: Paul B. Sullivan Insurance P.O.Box 309 Fall River, MA 02724

**Need your car tuned?** Try turning to today's Classified pages for top service.

---

Receptionist with some pc skills, must be energetic, part time possibly leading to full time, please fax resume to. 508-636-8041

**Store Manager** Established Hallmark Gold Crown Store seeks an experienced retail manager. We offer a competitive salary and benefits package. Send resumes to: Winthrop's Hallmark, 231 Weaver Street, Unit 1, Fall River, MA 02720. No Phone Calls Please!

### Learn To Do Eye Exams
Career opportunity for individual to train as assistant to eye doctors in doing eye exams. We will train you on the job. First class, professional environment. Competitive salary and full benefit package.
Send resume to: The Standard-Times PO Box 2269 25 Elm Street New Bedford, MA 02740

**REACH** Our on-line Classifieds can now reach the readers of more than 800 newspapers nationwide. Check out www.s-t.com

---

### LOOK
**$515 wk** Dartmouth Mall
Location is seeking FT/PT people to fill positions in all depts. We offer a flexible schedule, full training.
**If you need work, call today (508)646-1133**

Dartmouth: 4 rooms, 1 br,quiet area,no smoking, pets, or utilities,$795/mo. Well maintained grounds, 401-835-1417.

☐ FHVN Great Harbor View. Nice 3 season porch. 1 BR 2nd fl. Utilities incl. $775 mo. First & security. (508)992-3322

Looking for a new home or an apartment? Consult today's Classified Ads for the most complete listings anywhere.

Looking for a new home or an apartment? Consult today's Classified Ads for the most complete listings anywhere.

☐ NB 1 BR. in desirable area. Also Garages for rent, call for info. 508-990-0056.

---

☐ NB: Ashley Blvd. 1 bedroom, 1st floor, appliances, $500. (508)677-3045

☐ NB CENTER 2 BR, 1st or 2nd fl. New paint & appl, $750 1st/last, 1 yr. lease. No util. 508-207-7668

☐ NB DOWNTOWN: Harborview Towers is now taking applications for 1 & 2 bedroom apartments 280 Acushnet Ave. 508-999-4566

☐ NB Near St. Lukes-Owner occupied, 2nd floor, 3 Brs. $750/mo. (508)992-8806.

☐ NB: Shawmut Ave. 1 BR. Immaculate condition! Close to hwy. Appl., off-st. parking, heat & hot water included, $650/mo. (508)677-3045

☐ NB So. - 90 Purchase St. 2 BR, 3rd FL, baseboard heat, $700 mo. (508)997-3362.

☐ NB West Chestnut St. 1 Br. 2nd floor, newly renovated, new bath & carpeting, large kit., appliances, no utilities, $550. 1st, last, references. (508)998-2307.

**MOVE BACK TO BOSTON** Apartments for rent. Champagne & Assoc. R.E. (617)427-6663

---

15' Coleman... lent condi... ling mot... $475. (50...

Galv. doub... brakes, ... Boat w... best (508...

**Whirlpool** Almond... $150 o... 508-991-34...

28 ft. Cam... 508-873-5... pm. First o... Delivery p...

NEW ENG... STONE in f... ft wall. Take... (508)758-30...

E. Wareham... lie Rd..9-... 11,rain d... 12,multi-fa... St. w/hutc... in house c... Danforth 1... 144' line,... large parro... painting bo... ture, coll... household,... stuff. Early b...

Ethan A... Table w/ben... factory - fam... Best offer...

Heavy squa... beige colo... offer. Lea... (508)...

---

## The Standard-Times Classified MarketPl...
It Works!
BUY IT. SELL IT. FI...
Visit us online at: www.s-t...

---

**Legals**

CARE AND PROTECTION TERMINATION OF PARENTAL RIGHTS SUMMONS BY PUBLICATION
DOCKET NUMBER: CP 05N0015
COMMONWEALTH OF MASSACHUSETTS
Juvenile Court Department New Bedford Division
75 No. Sixth Street New Bedford, MA 02740
TO: GLENN (LAST NAME UNKNOWN)

**Legals**

Commonwealth of Massachusetts The Trial Court Probate and Family Court Department Bristol Division
Docket No. 03P1194GI
NOTICE OF GUARDIAN'S ACCOUNT
To all persons interested in the estate of ARTHUR PONTES of NEW BEDFORD, in the county of BRISTOL, a mentally...person...

**Legals**

DEPARTMENT OF ENVIRONMENTAL PROTECTION
Waterways Regulation Program
Notice of License Application pursuant to M.G.L. Chapter 91 Waterways License Application Number W05-1294VTM# W059026
City of New Bedford
Notification Date: June 7, 2005
Public notice is hereby given of the Waterway...

**Legals**

LEGAL ADVERTISEMENT
The New Bedford Planning Board will hold an advertised public hearing on Wednesday, June 15, 2005 at 5:00 p.m. in Room 314, City Hall, 133 William Street, New Bedford, Massachusetts to conduct Site Plan Review for the following project:
Proposed addition to existing structure, Plat 24, Lot 1 & 291 Proponent: C&M Floor Covering, 474 Or...

**Legals**

DEPARTMENT OF ENVIRONMENTAL PROTECTION
Waterways Regulation Program
Notice of License Application pursuant to M.G.L. Chapter 91 Waterways License Application Number W05-1301# W051745
Mishaum Point Association
Notification Date:...

**Legals**

Comm... of Mass... The Tr... Probate and... Depa... Bristol Divisi... Docket No. ... Divorce/Sep... Summons B... Marilyn ... New Bedfor... Robert B. ... Parts Unkno... To the abov... Defendant

**BUY IT. SELL IT. FIND IT.**
Visit us online at: www.s-t.com

Feel right **At Home** in our Real Estate section!
Look for Real Estate in the *"At Home"* section of The Standard-Times

### Legals

**LEGAL ADVERTISEMENT**
The New Bedford Planning Board will hold an advertised public hearing on Wednesday, June 15, 2005 at 6:00 p.m. in Room 314, City Hall, 133 William Street, New Bedford, Massachusetts 02740 to conduct Site Plan Review for the following project:
Proposed addition to existing structure, Plat 24, Lot 1 & 291 Proponent: C&M Floor Covering, 474 Orchard Street, New Bedford, MA 02740
Plans are available for review at the Planning Board Office, 133 William Street, Room 312, New Bedford, MA 02740; (508-979-1488) between the hours of 8:00 a.m. and 4:00 p.m. Monday through Friday.
May 31, June 7

**Looking For...**
Local News
Sports
Business
District Court
Obituaries
Weather
Editorials
Entertainment
Food
Health/Medicine
Primetime
Crossword
Horoscope
and lots more.
*The Standard-Times*

For Advertising Information Call:
979-4345

Credits:
Please check your ad for errors the first day. The Standard-Times will not assume any financial responsibility for typographical errors or omissions except to the extent of reprinting that part of the advertisement which was in error or omitted. To correct or change your ad call the Classified Dept.
Mon.-Fri. 8:00 am-5:30 pm
Sat. 8:00-12 noon
979-4345

108 Instructions

### Legals

**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
Waterways Regulation Program
Notice of License Application pursuant to M.G.L. Chapter 91 Waterways License Application Number W05-1301# W051745
Mishaum Point Association
Notification Date: June 7, 2005
Public notice is hereby given of the Waterways application by the Mishaum Point Association to construct and maintain an expanded float system with associated piles and existing mooring pile, off of Mishaum Point Road, lot 27-2, in the municipality of Dartmouth in and over flowed tidelands of Buzzard Bay. The proposed project has been determined to be water-dependent.
The Department will consider all written comments on this Waterways application received by within 30 days subsequent to the "Notification Date". Failure will prevent any aggrieved person or group of ten citizens or more to submit written comments to the Waterways Regulation Program by the Public Comments Deadline will result in the waiver of any right to an adjudicatory hearing in accordance with 310 CMR 9.13(4)(c).
Additional information regarding this application may be obtained by contacting the Waterways Regulation Program at (508)946-2734. Project plans and documents for this application are on file with the Waterways Regulation Program for public viewing, by appointment only, at the address below. Written comments must be addressed to: Mitch Ziencina, Environmental Analyst, DEP Wetlands and Waterways Program, 20 Riverside Drive, Lakeville, MA 02347.
June 7

**LEGAL NOTICE**
Notice of sale under Chapter 255-39A, to be sold at public auction on June 23, 2005, at Johnny's Auto Body, 783 State Rd., No. Dartmouth at 9:00 a.m. to satisfy tow & storage charges.
2001 Mitsubishi Mirage
VIN#JA3AY26C11U049713
June 7, 14, 21

**REACH**
Our on-line Classifieds can now reach the readers of more than 800 newspapers nationwide.
Check out www.s-t.com

101 Announcements

### Legals

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department
Bristol Division
Docket No. 05D0257-DV1
Divorce/Separate Support
Summons By Publication
Marilyn Gonsalves of New Bedford, Plaintiff v.
Robert B. Gonsalves of Parts Unknown, Defendant
To the above named Defendant
A Complaint has been presented to this Court by the Plaintiff, Marilyn Gonsalves, seeking a judgment for divorce.
An Automatic Restraining Order has been entered in this matter preventing you from taking any action which would negatively impact the current financial status of either party. Please refer to Supplemental Probate Court Rule 411 for more information.
You are required to serve upon **Joseph P. Harrington, Esq.**, attorney for plaintiff - whose address is 190 William Street, New Bedford, MA 02740 your answer on or before August 26, 2005. If you fail to do so, the court will proceed to the hearing and adjudication of this action.
You are also required to file a copy of your answer in the office of the Register of this Court at Taunton.
Witness, Elizabeth O'Neill LaStaiti, Esquire, First Justice of said Court at Taunton, this 25th day of May, 2005.
Robert E. Peck
Register of Probate Court
June 7, 14, 21

**PUBLIC NOTICE MEETING OF THE MASSACHUSETTS SCHOONER ERNESTINA COMMISSION**
Thursday, June 9, 2005, 5:00 p.m., at the Schooner Ernestina Commission Office, 89 N. Water St., New Bedford, MA. The meeting is open to the public. For further information, call the Commission office at 508-992-4900.
June 7

Credits:
Please check your ad for errors the first day. The Standard-Times will not assume any financial responsibility for typographical errors or omissions except to the extent of reprinting that part of the advertisement which was in error or omitted. To correct or change your ad call the Classified Dept.
Mon.-Fri. 8:00 am-5:30 pm
Sat. 8:00-12 noon
979-4345

The Standard-Times
fax: 1 (508) 979-4485

101 Announcements

### Legals

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department
Bristol Division
Docket No. 02P1209GI
NOTICE OF GUARDIAN'S ACCOUNT
To all persons interested in the estate of **MAMIE WILSON** of NEW BEDFORD in the county of BRISTOL, a mentally ill person, now deceased
You are hereby notified pursuant to Mass. R. Civ. P. Rule 72 that the FIRST AND FINAL account of FAMILY SERVICE ASSOCIATION OF GREATER FALL RIVER, INC., as GUARDIANS of said MAMIE WILSON, a mentally ill person, now deceased has been presented to said Court for allowance.
If you desire to preserve your right to file an objection to said account, you or your attorney must file a written appearance in said court at Taunton on or before the seventeenth day of June, 2005, the return day of this citation. You may upon written request by registered or certified mail to the fiduciary, or to the attorney for the fiduciary, obtain without cost a copy of said account. If you desire to object to any item of said account, you must, in addition to filing a written appearance as aforesaid, file within thirty days after said return day or within such other time as the Court upon motion may order a written statement of each such item together with the grounds for each objection thereto, a copy to be served upon the fiduciary pursuant to Mass. R. Civ. P. Rule 5.
WITNESS, Hon. Elizabeth O'Neill LaStaiti, ESQUIRE, First Justice of said Court at Taunton this twenty-fifth day of April, 2005.
Robert E. Peck
Register of Probate
June 7

**Public Notice**
JCAHO will be visiting Gentiva Health Services at 125 Hartwell Street, Fall River, MA on July 12-15, 2005. The surveyor will evaluate our organization's compliance with nationally recognized standards. If you have any concerns, please contact the office. If you have any information you would like to share in a JCAHO public information interview, please notify JCAHO at:
Survey Operations and Support Joint Commission on Accreditation of Healthcare Organizations
One Renaissance Blvd. Oakbrook, IL 60181
June 7

101 Announcements

### Legals

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**
CIVIL ACTION NO. 05-10637-GAO
IN THE MATTER OF THE PETITION OF **KAVANAUGH FISHERIES, INC.**, OWNER OF THE F/V ATLANTIC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY
NOTICE OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY
Notice is hereby given that Kavanaugh Fisheries, Inc., owner of the F/V Atlantic, has filed a complaint, pursuant to Sections 4283 through 4289 inclusive of the Revised Statutes of the United States, 46 U.S.C. app. §183 et seq., claiming the right to exoneration from and/or limitation of liability for all claims and for any loss, damage, injury or destruction caused by or resulting from the collision involving the F/V Atlantic during its voyage which commenced on March 13, 2005 at Cape May, New Jersey and which terminated upon the collision which occurred on March 17, 2005, as described in the complaint.
All persons having such claims must file them, under oath, as provided by Rules F(4) and (5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court at the United States District Court, One Courthouse Way, Suite 2300, Boston, Massachusetts 02210, and serve a copy thereof on the plaintiff's attorneys, Regan & Kiely, LLP, 85 Devonshire Street, Boston, Massachusetts 02109, on or before August 31, 2005, or be defaulted. Personal attendance is not required.
If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for the plaintiff an answer to the complaint on or before the aforesaid date unless the claim has included an answer, so designated, or be defaulted.
SARAH A. THORNTON
CLERK OF COURT
DATE May 27, 2005
\s\ Eugenia Edge
DEPUTY CLERK
June 7, 14, 21, 28

**Looking For...**
Local News
Sports
Business
District Court
Obituaries
Weather



**100**
101 ANNOUNCEMENTS
102 FLORISTS
103 FUNERAL DIRECTORS
104 ST. JUDE
105 UNVEILINGS
106 CARD OF THANKS
107 IN MEMORIAMS
108 INSTRUCTIONS
109 JOYOUS NOTICES
111 LOST
115 FOUND
118 PERSONALS
120 ENTERTAINMENT
121 DINING

### 101 Announcements

$175 BANKRUPTCY
$150 DIVORCE
A1 FAMILY SERVICES
401-624-3557   MA/R.I.

**CLICK-ON TO A NEW WAY OF CAR SHOPPING!**



**SouthCoast Auto Today**
.com

- Research cars
- Read reviews
- View local dealer inventories
- New & used vehicles
- Get quotes
- Shop by price or payment
- Use payment calculators

*It's driven by YOU!*

A service of
*The Standard-Times*

**Looking For...**
Local News
Sports
Business
District Court
Obituaries
Weather
Editorials
Entertainment

**DRAW ATTENTION TO YOUR AD!**

The Standard-Times, New Bedford, MA, Tuesday, June 14, 2005 / Page C7

# T POSTED
## YMENT OPPORTUNITIES

**$$$**
E $47K PER
RIVE DEDI-
Serve one
, delivering
locations
e northeast-
ome at least
each week.
an assigned
aid holidays,
payroll,
bonus
Complete
available-
dental,
prescription
nt & more.
mos. class A
nce required.
day a week.
0-723-0848
**$$$$**

**CNAs**
Great Summer
Hours!
Full-time/Part-time
2-10pm

Please contact Joe
Ormonde, HR at 508-
997-9396. Fax to:
508-990-3336
or apply in person at
Blaire House
397 County Rd.
New Bedford, MA
02740
EOE
Family Owned &
Operated

**Class A Drivers**
Full or part-time
(508)946-9272

**Mental Health Assistant**
PT & Per Diem

We are currently look-
ing for experienced
individuals to assist in
assessment of client
behavior, assist in
client activities of daily
living, assist in meal
prep, provide daily
upkeep of unit. Per
diem shifts as well as
two 8 hours shifts-
Saturdays 3-11 and
Sundays 7-3, every
other weekend.

Child & Family Services
Jennifer Flores
Manager of
Human Resources
1061 Pleasant St.,
New Bedford, MA
02740

Email
jflores@cfservices.org
FAX: 508-991-8618
AA/EOE

**Landscapers**
On the Cape. Some
experience. MA dri-
vers License, trans-
portation provided.
Leave message
(508)420-5073

**CONSTRUCTION SUPERVISOR MANAGER**
South Shore builder
seeking Supervisor
for residential and
light commercial pro-
jects, Extensive expe-
rience required.
Salary & benefits
package commensu-
rate with experience.
Please fax resume to
781-749-7708
or e-mail
kgoslin@jreadcorp.com

TAL JOBS
to $22.56/hr.,
ring. For appli-
& free gov't. job
call American
of Labor, 1-
-8226, 24 hrs.

**Roofers**
reperson,
anics, Laborers
bs. Start imme-
ly. Cape Cod
ing. (774)930-

**Foreman Experienced**
Precast concrete Co.
Seeking working fore-
man, @ our Carver,
Ma. plant. Must be
m e c h a n i c a l l y
inclined, detail orient-
ed, quality concious,
pay based on qualifi-
cations, f/t position,
submit resume to:
Shorey Mfg., 351
White's Path So.
Yarmouth, MA.
02664.
No phone Calls.

**Licensed Dietician Consultant**
Part-time, 15 hrs/wk
position for qualified
candidate. Must be
able to complete MDS
forms and be avail-
able for care plan
meetings, resident
assesments and
weight loss meetings.
A love for the elderly
and experience in
long term care help-
ful. Please send
resume:
Susan Laninfa,
Blaire House
397 County Rd.

**Office Assistants**
in exciting, fast-paced
Doctor's office. Full
and part-time. Skills
are required. No
experience neces-
sary. Very busy. Very
fulfilling. Must speak
Portuguese. Please
call & leave message
on machine.
(508)994-6532

## Legals

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS CIVIL ACTION NO. 05-10637-GAO IN THE MATTER OF THE PETITION OF KAVANAUGH FISHERIES, INC., OWNER OF THE F/V ATLANTIC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

**NOTICE OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that Kavanaugh Fisheries, Inc., owner of the F/V Atlantic, has filed a complaint, pursuant to Sections 4283 through 4289 inclusive of the Revised Statutes of the United States, 46 U.S.C. app. §183 et seq., claiming the right to exoneration from and/or limitation of liability for all claims and for any loss, damage, injury or destruction caused by or resulting from the collision involving the F/V Atlantic during its voyage which commenced on March 13, 2005 at Cape May, New Jersey and which terminated upon the collision which occurred on March 17, 2005, as described in the complaint.

All persons having such claims must file them, under oath, as provided by Rules F(4) and (5) of the Supplemental Rules for Certain Admiralty and Maritime Claims, with the Clerk of this Court at the United States District Court, One Courthouse Way, Suite 2300, Boston, Massachusetts 02210, and serve a copy thereof on the plaintiff's attorneys, Regan & Kiely, LLP, 85 Devonshire Street, Boston, Massachusetts 02109, on or before August 31, 2005, or be defaulted. Personal attendance is not required.

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, the claimant shall file and serve on the attorneys for the plaintiff an answer to the complaint on or before the aforesaid date unless the claim has included an answer, so designated, or be defaulted.

SARAH A. THORNTON
CLERK OF COURT
DATE May 27, 2005
\s\ Eugenia Edge
DEPUTY CLERK
June 7, 14, 21, 28

**Credits:**
Please check your ad for errors the first day. The Standard-Times will not assume any financial responsibility for typographical errors or omissions except to the extent of reprinting that part of the advertisement which was in error or omitted. To correct or change your ad call the Classified Dept.
Mon.-Fri. 8:00 am-5:30 pm
Sat. 8:00-12 noon
979-4345

**Just as sure as flowers will bloom, Classified Ads**

## Legals

**LEGAL NOTICE MORTGAGEE'S SALE OF REAL ESTATE**

By virtue of and in execution of the Power of Sale contained in a certain mortgage given by Karen L. Linhares aka Karen Linhares to Ameriquest Mortgage Company, dated January 24, 2004 and recorded with Bristol County (Southern District) Registry of Deeds in Book 6825, Page 334 of which mortgage Ameriquest Mortgage Company is the present holder for breach of conditions of said mortgage and for the purpose of foreclosing the same, the mortgaged premises located at 216 Dartmouth Street, New Bedford, Massachusetts will be sold at a Public Auction at 3:00 P.M. on June 28, 2005, at the mortgaged premises, more particularly described below, all and singular the premises described in said mortgage, to wit:

THE LAND WITH THE BUILDINGS THEREON, IN THE NEW BEDFORD, BRISTOL COUNTY, COMMONWEALTH OF MASSACHUSETTS, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF THE LAND HEREIN DESCRIBED AT A POINT FORMED BY THE INTERSECTION OF THE SOUTHERLY LINE OF THOMPSON STREET WITH THE EASTERLY LINE OF DARTMOUTH STREET;

THENCE EASTERLY IN THE SAID SOUTHERLY LINE OF THOMPSON STREET, ONE HUNDRED (100) FEET TO LAND NOW OR FORMERLY OF JOHN W. JONES

THENCE SOUTHERLY IN LINE OF THE LAST-NAMED LAND, TWENTY-NINE (29) FEET TO LAND NOW OR FORMERLY OF ANNA HANSON;

THENCE WESTERLY IN LINE OF LAST-NAMED LAND, ONE HUNDRED (100) FEET TO THE SAID EASTERLY LINE OF DARTMOUTH STREET, AND

THENCE NORTHERLY IN THE SAID EASTERLY

**Credits:**
Please check your ad for errors the first day. The Standard-Times will not assume any financial responsibility for typographical errors or omissions except to the extent of reprinting that part of the advertisement which was in error or omitted. To correct or change your ad call the Classified Dept.
Mon.-Fri. 8:00 am-5:30 pm
Sat. 8:00-12 noon
979-4345

**Make something Happen...
Advertise in the
The Standard-Times
Classified
997-0011**

## Legals

LINE OF DARTMOUTH STREET TO THE SAID SOUTHERLY LINE OF THOMPSON STREET AND THE POINT OF BEGINNING

CONTAINING TEN AND 65/100 (10.65) SQUARE RODS; MORE OR LESS SUBJECT TO THE 1994 FISCAL YEAR REAL ESTATE TAXES WHICH THE GRANTEE ASSUMES AND AGREE TO PAY APN: 28-43

For mortgagor's title see deed recorded with the Bristol County (Southern District) Registry of Deeds in Book 3324, Page 305.

The premises will be sold subject to any and all unpaid taxes and other municipal assessments, liens, and subject to prior liens or other enforceable encumbrances of record entitled to precedence over this mortgage, and subject to and with the benefit of all easements, restrictions, reservations and conditions of record and subject to all tenancies and/or rights of parties in possession.

Terms of the Sale: Cash, cashier's or certified check in the sum of $5,000.00 as a deposit must be shown at the time and place of the sale in order to qualify as a bidder (the mortgage holder and its designee(s) are exempt from this requirement); high bidder to sign written Memorandum of Sale upon acceptance of bid; balance of purchase price payable in cash or current funds in thirty (30) days from the date of the sale at the offices of mortgagee's attorney, Korde & Associates, P.C., 321 Billerica Road, Suite 210, Chelmsford, MA 01824-4100, c/o Sanjit S. Korde or such other time as may be designated by mortgagee. Other terms to be announced at the sale.

Ameriquest Mortgage Company, present holder of said mortgage, by its attorney Sanjit S. Korde
Korde & Associates, P.C.
321 Billerica Road,
Suite 210
Chelmsford, MA 01824-4100
(978)256-1500
June 7, 14, 21

**LEGAL NOTICE**
Notice of sale under Chapter 255-39A, to be sold at public auction on June 23, 2005, at Johnny's Auto Body, 783 State Rd., No. Dartmouth at 9:00 a.m. to satisfy tow & storage charges.
2001 Mitsubishi Mirage
VIN#JA3AY26C11U049713
June 7, 14, 21

**Credits:**
Please check your ad for errors the first day. The Standard-Times will not assume any financial responsibility for typographical errors or omissions except to the extent of reprinting that part of the advertisement which was in error or omitted. To correct or change your ad call the Classified Dept.
Mon.-Fri. 8:00 am-5:30 pm
508-979-4345

## Legals

**NOTICE OF MORTGAGEE'S SALE OF REAL ESTATE**

By virtue and in execution of the Power of Sale contained in a certain mortgage (the "Mortgage") given by Alan D. Kosinski, Trustee of Guardian Realty Trust to Hamilton Investments, LLC dated July 15, 2004 recorded at Bristol County (Southern District) Registry of Deeds at Book 7071, Page 262, of which Mortgage the undersigned is the present holder, for breach of the conditions of the Mortgage and for the purpose of foreclosing upon the real estate subject to the Mortgage, the same will be sold at Public Auction at 11:00 o'clock a.m. on the 29th day of June, 2005, at the mortgaged premises, being known as 12 Nye Street, New Bedford, Bristol County, MA, all and singular the premises described in the Mortgage, To wit:

All that certain parcel of land with the buildings thereon situated at 12 Nye Street, New Bedford, MA 02740 and more particularly described as follows:

Parcel One:
Beginning at the northeast corner of the land herein described at a point in the south line of Nye Street, one hundred ten (110) feet distant westerly therein from the west line of Belleville Avenue, said point being the northwest corner of land now or formerly of one Fredette;

Thence SOUTHERLY by last-named land, one hundred (100) feet to land now or formerly of A.C. Boucher;

Thence WESTERLY by last-named land now or formerly of Pierce and Bullard forty-three and 90/100 (43.90) feet to land now or formerly of Williard Nye;

Thence NORTHERLY in line of last-named land, one hundred (100) feet to the said south line of Nye Street; and

Thence EASTERLY in the said south line of Nye Street, forty three and 90/100 (43.90) feet to the point of beginning.

Containing sixteen and 12/100 (16.12) square rods, more or less.

Parcel Two:
Beginning at the northeast corner of the land herein described at a point in the south line of Nye Street, distaint therein westerly one hundred fifty-three and 90/100 (153.90) feet from the intersection of said south line of Nye Street with the west line of Belleville Avenue;

Thence SOUTHERLY one hundred (100) feet to land now or formerly of pierce and Bullard;

Thence WESTERLY in line of last-named land, forty (40) feet to land now or formerly of one Audette;

Thence NORTHERLY in line of last-named land, one hundred (100) feet to the said south line of Nye Street; and

Thence EASTERLY in the said south line of Nye Street, forty (40) feet to the point of beginning.

## Legals

Containing 4, feet, more or l Title Referenc recorded at B (SD) Registry July 7, 2004 a #162 in Book 77.

The mortgag will be sold ( and with the rights, rights o tions, easem nants, improv standing tax 1 pal or other assessments, claims in th liens, and exi brances of r priority over t including, wi tion: Mortgag Funding in an cipal amount dated Decem and recorde Registry in Page 300, as Wachovia Ba 2002 in Book 182 and Page signment of Rents to Inte dated Decem recorded in Page 316; Martin D. An original princi $85,500.00 c ber 10, 2001 in Book 527 Mortgage to Company in principal $25,000.00 d 10, 2004 an Book 7057, subject to pe session, and any tenants of the mortga in any part th Terms of Sal Five Thous ($5,000) will be paid in ca fied or bank purchaser at place of sale of the purcha be required cash or by c check withi days at the New Law Ce Walnut Stree Newton, MA will be prov chaser for r receipt in fu chase price. error in this p description o contained in shall control. Other terms announced a The undersi the Mortgag right to reje bids for th premises to continue th sale from ti such subse dates as su deem neces priate.

Hamilton Inv (a/k/a Har ments and P Present hol of said mort By its attorn THE NEW L LLC R. Paul Fax 288 Walnut Suite 500 Newton, MA Dated: May May 31, Jur