UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE PETITION
OF KAVANAGH FISHERIES, INC.
OWNER OF THE F/V ATLANTIC          Civil Action No. 05-10637-GAO
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY

**ZIM'S STATEMENT SUPPORTING
MOTION TO EXTEND SCHEDULING ORDER**

Claimants Zim American Integrated Shipping Services Ltd; Zim Israeli Integrated Shipping Services Ltd; Zim American Israeli Shipping Company Inc.; and Zim Israel Navigation Company Ltd. (collectively "Zim") dispute petitioner's suggestion that Zim has disregarded discovery obligations.  See Petitioner, Kavanagh Fisheries, Inc.'s Opposition to the Claimants' Motion to Extend the Scheduling Order.

Attached is a July 27, 2007 e-mail exchange between undersigned counsel for Zim and petitioner's counsel, when it was understood that last summer's Lebanese conflict presented delays in assembling discovery at Zim's Haifa, Israel headquarters.  Zim thereafter provided full discovery, including 5+ inches of documents fully organized into 27 packets arranged by bill of lading number and their respective related documents (e.g., surveys, invoices, other claims documents).

Also attached is an August 7, 2007 e-mail exchange where petitioner's counsel understood claimants' counsel were "amenable to extending discovery deadlines if we need to" and that we would "discuss settlement after the

exchange of paper discovery." Here, the paper discovery burdens contrasted sharply between claimants and petitioner.

For the purposes of scheduling hearings, undersigned counsel respectfully notes I will be out of the country February 19-23, 2007 during school vacation week and in New Orleans on business March 12-15, 2007.

RESPECTFULLY SUBMITTED February 8, 2007.

De ORCHIS, WIENER & PARTNERS, LLP
Attorneys for Zim Claimants

_____
David J. Farrell, Jr.
BBO #559847
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659
(508) 432-2121

**David J. Farrell, Jr.**

**From:** David J. Farrell, Jr. [farrell@sealaw.org]
**Sent:** Thursday, July 27, 2006 11:45 AM
**To:** Joseph A. Regan
**Cc:** Atty Thomas J. Muzyka
**Subject:** RE: In re Kavanagh Fisheries, Inc., D. Mass. No. 05-10637-GAO

Thanks; OK with me.

DF

-----Original Message-----
**From:** Joseph A. Regan [mailto:JAR@regankiely.com]
**Sent:** Thursday, July 27, 2006 10:57 AM
**To:** farrell@sealaw.org
**Cc:** Atty Thomas J. Muzyka
**Subject:** RE: In re Kavanagh Fisheries, Inc., D. Mass. No. 05-10637-GAO

What a lame excuse.I have no problem with an extension.My only concern is at the other end of discovery. We are off to a very slow start. If we can't resolve the various claims, and I think that the biggest impediment is the fuel claim, we may need more time for depos,etc. I presume that you (and Tom) will be amenable to any extension to finish discovery amongst us.

Joseph A. Regan
REGAN & KIELY LLP
88 Black Falcon Avenue, Suite 330
Boston, MA  02210
(617)725-0480 - Telephone
(617)723-0977 - Facsimile
jar@regankiely.com - Email

NOTICE:  This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return email and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

**From:** David J. Farrell, Jr. [mailto:farrell@sealaw.org]
**Sent:** Thursday, July 27, 2006 8:47 AM
**To:** Joseph A. Regan
**Cc:** Atty Thomas J. Muzyka
**Subject:** In re Kavanagh Fisheries, Inc., D. Mass. No. 05-10637-GAO

Buddy,

7/27/2006

I'm going to need an extension on answering Kavanagh's interrogatories and requests for production to Zim. It seems most of the back-up documents for Zim's claims are kept at Haifa, Israel HQ which is in a state of disarray from rocket attacks.

**Admiralty Law Office of**
**David J. Farrell, Jr.**
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659  USA
(508) 432-2121
(508) 432-2334 fax
(508) 237-2402 cell
www.sealaw.org

NOTICE:  This message is sent by an attorney.  It may contain attorney-client privilege or work product information. Please notify sender if you receive this e-mail by mistake.

7/27/2006

**David J. Farrell, Jr.**

---

| | |
|---|---|
| From: | Joseph A. Regan [JAR@regankiely.com] |
| Sent: | Monday, August 07, 2006 7:07 AM |
| To: | Thomas Muzyka |
| Cc: | Farrell@sealaw.org |
| Subject: | RE: IN THE MATTER OF THE PETITION OF KAVANAGH FISHERIES, INC.; CIVIL ACTION: NO: 05-10637-GAO |

Tom,

   No problem. As I said to Dave when he made a similar request, my only concern is at the other end of discovery. We are off to a slow start. The Scheduling Conference was almost three months ago. Scheduling crew depos may be a problem. I assume that you and Dave will be amenable to extending discovery deadlines if we need to.
   I would suggest that we discuss settlement after the exchange of paper discovery. While I am speaking without authority at this time, mediation before an extensive (and expensive) round of deposition taking might be something to consider as well.


Joseph A. Regan
REGAN & KIELY LLP
88 Black Falcon Avenue, Suite 330
Boston, MA  02210
(617)725-0480 - Telephone
(617)723-0977 - Facsimile
jar@regankiely.com - Email

NOTICE:  This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return email and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

---

**From:** Thomas Muzyka [mailto:tmuzyka@clinmuzyka.com]
**Sent:** Thursday, August 03, 2006 12:03 PM
**To:** Joseph A. Regan
**Cc:** Farrell@sealaw.org.
**Subject:** IN THE MATTER OF THE PETITION OF KAVANAGH FISHERIES, INC.; CIVIL ACTION: NO: 05-10637-GAO

                Re:    **IN THE MATTER OF THE PETITION OF KAVANAGH FISHERIES, INC.,**

                          **OWNER OF THE F/V ATLANTIC, FOR EXONERATION FROM OR LIMITATION OF LIABILTY.**

                          **CIVIL ACTION:  NO: 05-10637-GAO**

8/7/2006

Dear Buddy:

I called today and left a message with your receptionist asking for a three [3] week extension [ending on August 28, 2006] to answer Interrogatories and produce documents for the Claimants, Lombard Corporation Finance (December 3) Limited and Berryford Shipping (UK) Limited.

I need to collect more documents from London to answer and file responsive pleadings. I would appreciate your professional courtesy to this request.

Best regards,
Tom Muzyka
Clinton & Muzyka, P.C.
One Washington Mall, Suite 1400
Boston, MA  02108
Tel: 617-723-9165
Fax: 617-720-3489
Email: tmuzyka@clinmuzyka.com

E-MAIL CONFIDENTIALITY NOTICE:  The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information.  If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments.  If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this message or any attachment is strictly prohibited and shall not compromise or waive such confidentiality, privilege or exemption from disclosure as to this communication.

8/7/2006