UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN THE MATTER OF THE PETITION | ) | CIVIL ACTION |
| OF KAVANAGH FISHERIES, INC. | ) | NO. 05-10637-GAO |
| OWNER OF THE F/V ATLANTIC, FOR | ) | |
| EXONERATION FROM OR LIMITATION | ) | |
| OF LIABILITY | ) | |

## NOTICE OF APPEAL

Krones, Inc. hereby appeals to the First Circuit Court of Appeals the orders of the United States District Court (O'Toole, J.) on April 10, 2007 denying the Motion of Krones, Inc. to Substitute Party and Counsel and the Provisional Motion of Krones, Inc. to File Claim Late.

Respectfully submitted,
Krones, Inc.
By its attorneys,

/s /Robert W. Harrington
Robert W. Harrington, BBO# 223080
Rachel H. Prindle, BBO # 561935
Law Offices of Robert W. Harrington
One Washington Mall
Boston, MA 02108
(617) 248-0800

Dated: May 3, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007 the document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s /Robert W. Harrington
Robert W. Harrington, BBO# 223080