# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name In the Matter of Kavanagh Fisheries, Inc.

District Court Case No. 05-10637 District of Massachusetts

Date Notice of Appeal filed May 3, 2007 Court of Appeals Case No. ____________

Form filed on behalf of Krones, Inc.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ____________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ____________

## TRANSCRIPT ORDER

Name of Court Reporter Shelly Killian

Phone Number of Reporter 617-737-7117

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☒ Other (specify) Motion hearing - Krones, Inc. Motions #35 & 39 | 4/10/07 |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. X **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.

☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.

☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Robert W. Harrington Filer's Signature [signature]

Firm/Address 1 Washington Mall Boston, MA 02108

Telephone number 617-248-0800 Date mailed to court reporter May 9, 2007

(Court Reporter Use ONLY) Date received ____________

Form CA1-10 (6/12/06) **SEE INSTRUCTIONS ON REVERSE**