UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10637-GAO

IN THE MATTER OF THE PETITION
OF KAVANAGH FISHERIES, INC.
OWNER OF THE F/V ATLANTIC, FOR
EXONERATION FROM OR LIMITATION
OF LIABILITY

**CERTIFICATE OF SERVICE**

I, Robert W. Harrington, counsel for Krones, Inc., hereby certify that on this date I served a true copy of the Transcript Order of Krones, Inc. upon counsel of record by mailing a copy of same by first class mail, postage prepaid.

Date: 5/9/07

_____
Robert W. Harrington