UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE PETITION ) | |
| OF KAVANAGH FISHERIES, INC., ) | |
| OWNER OF THE F/V ATLANTIC ) | C.A. NO. 05-10637-GAO |
| FOR EXONERATION FROM OR ) | |
| LIMITATION OF LIABILITY ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties to the above-captioned matter that Kavanagh Fisheries, Inc.'s Petition and all claims against any and all parties be dismissed with prejudice, all rights of further appeal waived.

| **For Lombard Corporate Finance (December 3) Limited & Berryford Shipping (UK) Limited,** | **For Zim American Integrated Shipping Services, Zim Israel Integrated Shipping Services, Zim American & Zim Israel,** |
|---|---|
| /s/Thomas J. Muzyka | /s/David J. Farrell |
| Thomas J. Muzyka – BBO #365540 | David J. Farrell – BBO #559847 |
| Clinton & Muzyka, P.C. | De Orchis & Partners, LLP |
| One Washington Mall, Suite 1400 | 2355 Main Street, P.O. Box 186 |
| Boston, MA  02108 | S. Chatham, MA  02659 |
| (617)723-9165 | (508)432-2121 |
| tmuzyka@clinmuzyka.com | farrell@sealaw.org |
| **For Krones, Inc.,** | **For Kavanagh Fisheries, Inc.,** |
| /s/Robert E. Harrington | /s/ Joseph A. Regan |
| Robert W. Harrington - BBO #223080 | Joseph A. Regan - BBO #543504 |
| Law Offices of Robert W. Harrington | REGAN & KIELY LLP |
| One Washington Mall | 88 Black Falcon Avenue, Suite 330 |
| Boston, MA  02108 | Boston, MA 02109 |
| (617)248-0800 | (617)723-0901 |
| rwhlaw@att.net | jar@regankiely.com |