# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1778

IN THE MATTER OF THE PETITION OF KAVANAGH FISHERIES, INC.,
OWNER OF THE F/V ATLANTIC FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,

---

KAVANAGH FISHERIES, INC.,

Petitioner - Appellee,

v.

ZIM AMERICAN INTEGRATED SHIPPING SERVICES, LTD.;
ZIM INTEGRATED SHIPPING SERVICES, LTD.,

Claimants - Appellees,

---

KRONES, INC.,

Claimant - Appellant.

---

**JUDGMENT**

Entered: August 10, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

Richard Cushing Donovan, Clerk

By __MARGARET CARTER__
      Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: AUG 1 0 2007

[cc:   Messrs: Harrington, Regan, Farrell, Muzyka and Ms. Prindle]